UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CAUSE NO. 3:96CR28 AS |
| | ) |
| JOHN A. DETTMER | ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Northern District of Indiana hereby dismisses Count(s) 3, 4, 5, 6, 7, 8, and 10 of the indictment against John A. Dettmer, defendant.

Jon E. DeGuilio
United States Attorney

By: _____
Donald J. Schmid
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: _Feb 2_, 1998.

s/Allen Sharp
Honorable Allen Sharp
United States District Judge
South Bend Division